SUPREME LODGE KNIGHTS OF PYTHIAS OF THE WORLD v. FREEMAN. (Circuit Court of Appeals, Sixth Circuit.) No. 638. In Error to the

Circuit Court of the United States for the Western District of Tennessee. Frank P. Posten and Walter Biggs, for plaintiff in error. Hill & Jones, for defendant in error. Dismissed on motion of plaintiff in error.